In the Matter of IRVING AARON, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of CHARLES E. CORR, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Dore, JJ.

In the Matter of J. RICHARD DAVIS, an Attorney.— Motion denied. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Dore, JJ.

In the Matter of the Application of HAROLD SPIELBERG.— Motion denied. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Dore, JJ.

In the Matter of DAVID LOUIS DELMAN (Also Known as DAVID L. DELMAN), an Attorney.— Motion granted. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Dore, JJ.

THE CYLLENE CORPORATION v. FANNIE EISEN, GUSSIE SHAPIRO and Others.— Motion by plaintiff and cross-motion by defendant Gussie Shapiro for reargument denied. Motion by plaintiff for leave to appeal to the Court of Appeals granted. [See ante, p. 696.] Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Estate Tax upon the Estate of HENRY HERMAN WESTINGHOUSE, Deceased. STATE TAX COMMISSION; CHARLES A. TERRY and Another, as Executors, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

SCHNUR REALTY Co., INC., v. 906 INTERVALE AVENUE REALTY CORPORATION and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals, or in the alternative that plaintiff's time to appeal to the Court of Appeals be extended, denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of WILLIAM V. BERRY and CITY BANK FARMERS TRUST COMPANY, as Trustees, etc., of ANSON E. CARNILL, Deceased, to Obtain a Determination as to the Construction and Effect of Will and for Instructions.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

ANTONIO MASSA v. NIPPON YUSEN KAISHA.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal. Present Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of LOUIS A. GREENWALD and Others against JAMES E. FINEGAN, President, etc., and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

NATIONAL SURETY CORPORATION v. WILLIAM M. LYBRAND and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ADOLPH BECKER v. UNITED STATES CASUALTY COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.